**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

**RICHARD DARON KENNEDY,**          **:**
**AIS 196984,**

                                 **:**

      **Petitioner,**

                                 **:**

**vs.**                                **CA 10-0251-CG-C**

                                 **:**

**LEON FORNISS,**

                                 **:**

      **Respondent.**

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de</u> <u>novo</u> determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 14, 2010, is **ADOPTED** as the opinion of this Court.

      **DONE** and **ORDERED** this 23rd day of September, 2010.

                                 /s/  Callie V. S. Granade
                                 UNITED STATES DISTRICT JUDGE