## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

RICHARD DARON KENNEDY,    :
AIS 196984,

                      :

     Petitioner,

                      :

vs.                             **CA 10-0251-CG-C**

                      :

LEON FORNISS,

                      :

     Respondent.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the present habeas corpus petition, filed pursuant to 28 U.S.C. § 2254, be dismissed without prejudice due to petitioner's failure to comply with 28 U.S.C. § 2244(b)(3)(A). Kennedy is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal in forma pauperis.

     **DONE** and **ORDERED** this 23rd day of September, 2010.

                                 /s/ Callie V. S. Granade
                                 UNITED STATES DISTRICT JUDGE